# Court of Appeals
# of the State of Georgia

ATLANTA,    August 02, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1640.  DOUGLAS ROBERT GORDY v. MARTHA ISABEL GORDY.**

Martha Isabel Gordy has filed a motion to dismiss this domestic relations case, alleging that Douglas Robert Gordy failed to follow the requisite appellate procedure. A thorough review of the record indicates that Martha Gordy's argument is correct and that this Court lacks jurisdiction in this case.

The record shows that Douglas Gordy directly appealed a trial court order denying his motion for contempt and granting Martha Gordy's request for attorney fees.  We initially passed the case on jurisdictional review because Robert Gordy indicated in his notice of appeal that he was appealing from the trial court's order, and contempt order in child custody cases are directly appealable.  See OCGA § 5-6-34 (a) (11).  However, Robert Gordy has now filed his appellate brief, and his brief alleges only two enumeration of errors, both of which address the trial court's imposition of OCGA § 9-15-14 attorney fees.

Appeals from orders awarding attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal.  See OCGA § 5-6-35 (a) (10).  Douglas Gordy's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841 (560 SE2d 730) (2002); compare *Haggard v. Bd. of Regents of the Univ. System of Ga.*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987) (award of attorney fees under OCGA § 9-15-14 may be reviewed on direct appeal when it is appealed as part of a judgment that is directly appealable).  See OCGA § 5-6-34 (d).

Because Douglas Gordy failed to follow the discretionary appeal procedure,

we lack jurisdiction.  Martha Gordy's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.  Douglas Gordy's motion for non-consideration of brief and motion for contempt are hereby DENIED as MOOT.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __08/02/2013__
     *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
     *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*